**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**LESLIE J. WESTPHAL, OSB #83344**
leslie.westphal@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Ste. 600
Portland, Oregon   97204
Telephone: 503-727-1027
Facsimile:  503-727-1117

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **11-CR-00225-HA** |
| v. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **DWAYNE CRANDALL,** | |
| Defendant. | |

The United States of America, by and through Dwight C. Holton, United States Attorney for the District of Oregon, and Dwayne Crandall, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States is seeking forfeiture of the following property:

**Blackberry 9780 Ruby IMEI: 354259040938619.**

DATED this 27th day of June, 2011.

                DWIGHT C. HOLTON
                United States Attorney

                */s/ Leslie J. Westphal*
                LESLIE J. WESTPHAL
                Assistant United States Attorney