S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
LESLIE J. WESTPHAL, OSB #83344
leslie.westphal@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Ste. 600
Portland, Oregon  97204
Telephone: 503-727-1027
Facsimile:  503-727-1117

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 03:11-CR-00225-HA |
| v. | BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY |
| DWAYNE CRANDALL, | |
| **Defendant.** | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and Leslie J. Westphal, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Indictment, the United States sought forfeiture of the following property:

**Blackberry 9780 Ruby IMEI: 354259040938619.**

This Bill of Particulars provides notice that the United States no longer seeks forfeiture of this asset and hereby removes this asset from this criminal forfeiture allegation.

DATED this 13th day of June, 2012.

                                        S. AMANDA MARSHALL
                                        United States Attorney

                                        /s/Leslie J. Westphal
                                        LESLIE J. WESTPHAL
                                        Assistant United States Attorney